General Complaint Form for Pro Se Litigants

FILED

03 JUN 27  AM 10: 37

U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

*Lorenzo Frazier*

_____

_____

CV-03-RRA-1557-S

(Enter above the full names(s) of the
plaintiff(s) in this action.)

**vs.**

*Entire Entertainment Industry.*

*World Wrestling Federation.*   *all commercials*

*Automotive Industry*   *adds.*

*Food Chain Industry.*

(Enter above the full name(s) of the
defendant(s) in this action.)

1.    At all times hereinafter mentioned, plaintiff was and still is a resident of _____

*3152, 27Th cT n. Bham Alabama, 35207.* Plaintiff resides at

_____

2.    Defendant *Hill Top. Record. Amer Records.* *DeJ Jam. r Universal.* is a corporation *many mor,*

incorporated under the laws of *United States Government* and has a main

office at *AtlanTa. + elsewhere.* and is licensed to do business

in *United States* . Defendant's official business address

is *Entire Music Industry.* .

**OR**

Defendant _____

is a United States government agency.

**OR**

Defendant _____

is a state agency.

**OR**

Defendant _____ is a resident of

_____. Defendant resides at _____

_____.

3.     The jurisdiction of this court is invoked pursuant to 28 USC § 1331 + United Nations violation of 4 years Restriction, 42 USC § 1983. 28 USC § 1343 . (List statutes.)

4.     **Statement of Claim**

        State here, as briefly as possible the **FACTS** of your case.  Describe how each defendant is involved.  Include, also the names of other persons involved, dates and places.  Do not give any legal arguments.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheets if necessary.

facts.
1.     I want DEF Jam + Universal + all studios Restricted + Restrained From Further use of my unpublished Copyrighted material     Permanent

2.     Fraud + Extortion Entire Entertainment Industry.

3.     Destruction + illegal use of my work.

2

I want my Restrictions Respected. with or without an attorney
Even if I Don't get nothing else stop them by Federal law
**5.   Relief** I won't close sure From Injustice From. Micheal Mullen
in California
State briefly exactly what you want the court to do for you. Do not make legal arguments.

I want Full Restriction immediately If you.
Don't honor my Rights. Then Restrict my Property, and
Respect my wishes have my work returned To me From
Congress. I want Payment For Damages. make
the Producers and Entertainer of Def Jam. Universal
stand up to the charges. like a man. instead of
by. Telling lies. hideing still Frauding my Property.

_Lorenzo Frazier_
**Signature of Plaintiff**

**849 - 6865.**
**Telephone Number**

**Dated:** June 27. 03

Lorenzo Frazier.
**Name (Please Print)**

3152 - 22ᵗʰ ct N.
**Address**

Bham Ala. 35207
**City, State**                    **Zip Code**

3

**NOTE:** Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

## OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below. Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

**NOTE:** Certified mail service by the Clerk of Court on federal defendants is **NOT AN OPTION** for plaintiffs who pay the filing fee.

_Lorenzo Frazier_
Signature of Plaintiff

Dated: June 27, 03

4